UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN RODRIGUEZ-DEPENA,

                Plaintiff,

  -against-

PARTS AUTHORITY, INC., MICHIGAN
LOGISTICS INC., and NORTHEAST LOGISTICS,
INC. a/k/a DILIGENT DELIVERY SYSTEMS,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
15-CV- 6463 (ENV)

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 30, 2016, granting the motion of Defendants to compel arbitration; ordering arbitration of Plaintiff's claims; dismissing the complaint; and directing the Clerk of Court to enter judgment and to close the case; it is

        ORDERED and ADJUDGED that the motion of Defendants to compel arbitration is granted; that arbitration of Plaintiff's claims is ordered; that the complaint is dismissed; and that the case is closed.

Dated: Brooklyn, New York
       September 30, 2016

                                                       Douglas C. Palmer
                                                       Clerk of Court

                                  by:   *Brenna B. Mahoney*
                                                       Brenna B. Mahoney
                                                       Chief Deputy for
                                                       Court Operations